UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

Eastern District of Kentucky
FILED
APR 1 9 2005
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL CASE NO. 5̶/0̶4-CV-032-JBC

JEFFREY LYNN MATTOX            PLAINTIFF

VS:     **MEMORANDUM OPINION AND ORDER**

CHRIS LIVINGOOD, ET AL.          DEFENDANTS

     The plaintiff, a pre-trial detainee apparently housed at the Bourbon County Detention Center, has filed a complaint pursuant to 42 U.S.C. § 1983. The court construes his complaint to be that evidence to be utilized against him at his April 14 and 15, 2005, criminal trial should be suppressed because it was obtained in violation of his Fourth Amendment protection against an illegal search or seizure. Specifically, the plaintiff complains that the search which produced the evidence was conducted pursuant to a stale and ineffective previously utilized warrant.

     The plaintiff asks this federal court to exclude the evidence, dismiss the pending state criminal charges that have been brought against him in state court, and reward him damages.

     This court must abstain from considering this issue, as the matter is currently appropriately within the purview of the state criminal trial court. *Evans v. Yarbrough*, 238 F.3d 420, 2000 WL 1871706 (6th Cir. (Ohio)) (unpublished) (citing *See Carroll v.*

*City of Mount Clemens*, 139 F.3d 1072, 1075-76 (6th Cir. 1998); *Simpson v. Rowan*, 73 F.3d 134, 138-39 (7th Cir. 1995)).

Accordingly, **IT IS HEREBY ORDERED** as follows:

(1) Plaintiff's motion for leave to proceed *in forma pauperis* ]Record No. 2] is **GRANTED**, and the filing fee is hereby waived.

(2) This action is **DISMISSED** without prejudice to the plaintiff's right to re-file this action at such time as the plaintiff's criminal trial, and any appeals therefrom, have been completed and, at that time, the court will consider any damages issue that may survive.

Signed on April 19, 2005



JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY